1  Jonathan W. Fountain, Esq.
   Nevada Bar No. 10351
2  Joanna M. Myers, Esq.
   Nevada Bar No. 12048
3  HOWARD & HOWARD ATTORNEYS PLLC
   3800 Howard Hughes Parkway, Suite 1000
4  Las Vegas, Nevada 89169
   Telephone: (702) 257-1483
5  Email: jwf@h2law.com
   Email: jmm@h2law.com
6
7  *Attorneys for Plaintiff*
   *Paradise Law LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE LAW LLC, a Nevada limited liability company, | Case No. 2:24-cv-00852-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS** |
| vs. | |
| PLG PARTNERS LLC, a Nevada limited liability company, | |
| Defendant. | |

Plaintiff PARADISE LAW LLC ("Plaintiff") and Defendant PLG PARTNERS LLC ("Defendant") appeared before the honorable Magistrate Judge Nancy J. Koppe for a Settlement Conference on May 21, 2025. (ECF No. 41.) At the conference, the parties reached an agreement to settle this dispute and have executed a written settlement agreement memorializing the terms of their settlement. *Id.* Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the parties hereby agree and stipulate to dismiss this action, in its entirety, with prejudice, and without an award of attorneys' fees or costs made by the Court to either party.

/ / /

/ / /

/ / /

1

4904-7352-8655, v. 1

The Court retains jurisdiction to enforce the parties' settlement.

Dated: this 18th day of June, 2025.

**IT IS SO AGREED AND STIPULATED**:

| HOWARD & HOWARD ATTORNEYS PLLC | PARDISE LAW GROUP |
|---|---|
| By:  /s/ Joanna M. Myers<br>Joanna M. Myers, Esq.<br>Jonathan W. Fountain, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 667-4823<br>Email: jwf@h2law.com<br>Email: jmm@h2law.com<br><br>*Attorneys for Plaintiff*<br>*Paradise Law LLC* | By:  /s/ Michael J. Plank<br>Michael J. Plank, Esq.<br>5546 Camino al Norte<br>Suite 2-409<br>Las Vegas, NV 89031<br>Tel. (702) 758-8700<br>Email: mjp@paradise-law.com<br><br>*Attorneys for Defendant*<br>*PLG Partners LLC* |

ORDER

Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **VACATE the trial** and all deadlines and **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 25, 2025